**Electronically Filed
Supreme Court
SCWC-11-0000705
25-SEP-2013
11:16 AM**

SCWC-11-0000705

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

BARABBAS DIETRICH, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000705; CR. NO. 10-1-2075)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., with
Acoba, J., dissenting separately, with whom Pollack, J., joins)

Petitioner/Defendant-Appellant Barabbas Dietrich's

application for writ of certiorari filed on August 9, 2013, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 25, 2013.

Stephen M. Shaw
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

